IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
NO. 5:20-CR-76-KDB-DSC

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CHAETEZ SEAN CLAYTON | ) | |
| a/k/a "Sticky" | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss COUNT ONE of the Superseding Bill of Indictment, (Doc. No. 24).

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss COUNT ONE, (Doc. No. 24), is **GRANTED** and COUNT ONE of the Superseding Bill of the Indictment in the above-captioned case, is **DISMISSED without prejudice**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

**SO ORDERED.**

Signed: June 8, 2021

Kenneth D. Bell
United States District Judge